UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JACKIE L. AARON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CV 06-S-4803-NE |
| | ) |
| RALPH HOOKS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on February 20, 2007, recommending that this action be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). Although no objections have been filed to the report and recommendation, plaintiff filed a motion for appointment of counsel on February 26, 2007 (doc. no. 15).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the motion for appointment of counsel is due to be denied. A final order will be entered.

DONE this 30th day of May, 2007.

                                                                                 _____
                                                                                  United States District Judge